U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

DEC 12 2024

FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| ANTHONY LAMAR KITCHENS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 324-051 |
| | ) | |
| NURSE WELLS; NURSE VENTSON; and NURSE SCOTT, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion and **DISMISSES** Defendants Wells and Scott because Plaintiff fails to state a claim upon which relief may be granted against them. The case shall proceed in accordance with the Magistrate Judge's November 8, 2024 Order. (See doc. no. 13.)

SO ORDERED this \_\_12th\_\_ day of December, 2024, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE