U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

MAR 28 2025

FILED

ANTHONY LAMAR KITCHENS, )
)
Plaintiff, )
)
v. ) CV 324-051
)
WILLIAM VINSON, Nurse, )
)
Defendant. )

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. (Doc. no. 23.) The Magistrate Judge recommended granting Defendant's motion to dismiss for failure to exhaust administrative remedies because Plaintiff filed an untimely administrative grievance regarding his claims against Defendant Vinson and did not request permission for his untimely filing or request application of a good cause waiver. (See doc. no. 21.) Plaintiff does not object to the legal analysis regarding exhaustion but does object to the statement in the opening paragraph of the recommendation that Plaintiff did not respond to Defendant's motion. (Doc. no. 23, p. 1 (citing doc. no. 21, p. 1).) Plaintiff's objection does not undermine the conclusion the case is due to be dismissed.

First, Plaintiff contends he responded eight days after he received the motion to dismiss and provides a certified mail number for a document "which was mailed out [o]n

behalf of the petitioner." (Id. at 1.) Plaintiff suggests someone else mailed the response for him, and notably, he does not provide any return receipt or other information about where the opposition was mailed or who accepted it. The docket does not show a response was filed, and defense counsel did not receive a service copy of a response to his motion. (See doc. no. 24, p. 2 & n.1.) Nor does Plaintiff provide any information concerning the substance of his opposition to Defendant's motion in his current objections.

Second, and more importantly, the Magistrate Judge did not rely on the absence of opposition as the sole basis to recommend granting the motion; he analyzed the merits of the motion. Plaintiff offers nothing to challenge the substantive analysis that he failed to properly utilize the administrative grievance process prior to filing this lawsuit.

Accordingly, the Court **OVERRULES** the objections, **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion, **GRANTS** Defendant's motion to dismiss, (doc. no. 19), and **DISMISSES** this case. The Court **DIRECTS** the Clerk to enter an appropriate judgment of dismissal and **CLOSE** this case.

SO ORDERED this 28th day of March, 2025, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE